AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PLANTATION SPINAL CARE CENTER, INC., on behalf of itself and all others similarly situated | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE TONER DOCTOR, a foreign company | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.   0:17-cv-61149-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE TONER DOCTOR
21 Rue Hill
Edmundston, NB E3V 1H7
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Seth M. Lehrman, Esq.
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   06/07/2017

**SUMMONS**

*s/ Randi Marks*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court