

July 12th, 2017

Eggnatz, Lopatin & Pascucci, LLP
Attn: Joshua H. Eggnatz, Esq.
5400 S. University Drive, Suite 417
Davie, FL 33328

**RE:** The Toner Doctor vs. Plantation Spinal Care Center Inc.

Mr. Eggnatz,

Enclosed is the document of which a copy has been served to *The Toner Doctor*. The affidavit of service can be found in the back of the document. You will also find enclosed a receipt for your payment of $75.

If you have any questions, feel free to contact our office.

Sincerely,

Antoinette Tsoi
Administrative Services Officer
506-735-2032

Encl.



www.gnb.ca

**COURT OF QUEEN'S BENCH OF NEW BRUNSWICK**
**JUDICIAL DISTRICT OF EDMUNDSTON**

_____ DIVISION

Court File no.: _____
Sheriff's File no.: 160-2017

**CERTIFICATION OF SERVICE**
**BY DEPUTY SHERIFF**

I, Tomie Desjardel, Deputy Sheriff for the County of Madawaska-Victoria, certify that on the 12th day of July 2017, at 14:45, a.m. (p.m.)

I served the defendant The Toner Doctor

by leaving a copy of this document with the owner of the Company, Stephane Jalbert — B

I was able to identify the person served by means of the fact that Driver's permit # 872861

DATED at Edmundston, NB, this 12th day of July 2017

_____
DEPUTY SHERIFF

Antoinette Ts)
Reçu le / Received: June 29, 2017
A / At: 9:00 O'clock  (AM)  PM

Shérif circonscription Judiciaire d'Edmundston
Sheriff for Judicial District of Edmundston