IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61149-CIV-MOORE/SIMONTON

PLANTATION SPINAL CARE CENTER INC.,

    Plaintiff,

v.

THE TONER DOCTOR,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION

This matter is before the Court upon Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production, ECF [13]. The Defendant has not filed a Response to the Motion and the time for doing so has elapsed. The Honorable K. Michael Moore, Chief United States District Judge, has referred all pretrial discovery matters to the undersigned Magistrate Judge, and directed the Parties to comply with the discovery procedures set forth on the Court's website, ECF No. [6].

At the outset, the undersigned notes that the Plaintiff failed to comply with the discovery procedures which prohibit the filing of discovery motions unless authorized by the Court and requires all discovery disputes to be set on the discovery calendar of the undersigned Magistrate Judge. Nevertheless, based on the failure of the Defendant to respond to the Motion, pursuant to Local Rule 7.1(c), the undersigned grants the Plaintiff's Motion by default.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel, ECF No. [13] is hereby Granted by Default.  The Plaintiff shall serve a copy of this Order on the Defendant and file a Notice of Compliance reflecting same.  It is further

ORDERED AND ADJUDGED that the Defendant shall serve full and complete answers to Plaintiff's Interrogatories, and produce all documents and items requested in Plaintiff's Request for Production no later than 14 days from the date Defendant receives a copy of this order.  It is further

ORDERED AND ADJUDGED that any and all of the Defendant's Objections to the requested discovery are waived.  It is further

ORDERED AND ADJUDGED that the Court reserves jurisdiction to impose an appropriate sanction, including payment of all reasonable attorneys' fees and costs.  It is further

ORDERED AND ADJUDGED that the Court further authorizes and directs that this Order may be domesticated and enforced in any appropriate jurisdiction with enforcement, subpoena, and/or police power over Defendant and Defendant's property, to the extent necessary to compel Defendant's compliance with this Order and further orders of the Court.

DONE AND ORDERED in Chambers in Miami, Florida, on November 27, 2017.

*Andrea M. Simonton*
ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies Furnished to:
Honorable K. Michael Moore
All counsel of record via CM/ECF